# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DUSTIN JACKSON

VERSUS

FCCI INSURANCE COMPANY,
STEWART INTERIOR
CONTRACTORS, L.L.C., AND
JAMES CAGLE

NO.  2020 CW 1025

NOVEMBER 19, 2020

---

In Re:   FCCI Insurance Company, National Trust Insurance Company, Stewart Interior Contractors, L.L.C., and James Cagle, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 658952.

---

BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.

WRIT DENIED.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT